THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SKILER RIECKS**  **PETITIONER**
ADC #175326

v. Case No. 4:22-cv-00712-KGB

**DEXTER PAYNE,** **RESPONDENT**
**Director, Arkansas Division of Correction**

## ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 8).  Petitioner Skiler Riecks has not filed objections to Judge Harris's Findings and Recommendation, and the time for filing objections has passed.  After careful consideration of the Findings and Recommendation, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 8).  The Court dismisses without prejudice Mr. Riecks's petition under 28 U.S.C. § 2254 for writ of habeas corpus (Dkt. No. 2).  The Court denies the relief requested.  Further, the Court concludes that Mr. Riecks is not entitled to a certificate of appealability because he has not made a substantial showing of a denial of a constitutional right.  *See* 28 U.S.C. § 2253(c).

It is so ordered this 13th day of February, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge