**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SKILER RIECKS**                                                                          **PETITIONER**
**ADC #175326**

**v.**                                        **Case No. 4:22-cv-00712-KGB**

**DEXTER PAYNE,**                                                                      **RESPONDENT**
**Director, Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Skiler Riecks's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 2).  The relief requested is denied.

It is so ordered this 13th day of February, 2023.

_____
Kristine G. Baker
United States District Judge